WISCONSIN CARPENTERS PENSION FUND,
WISCONSIN CARPENTERS HEALTH FUND,
GREATER WISCONSIN CARPENTERS VACATION FUND,
NORTHERN WISCONSIN REGIONAL COUNCIL
OF CARPENTERS APPRENTICESHIP &
JOURNEYMAN TRAINING FUND, NORTHERN
WISCONSIN REGIONAL COUNCIL OF CARPENTERS
DUES FUND, LABOR MANAGEMENT COOPERATION TRUST FUND,
CONTRACT ADMINISTRATION FUND, and
BRIAN GENTRY,

        Plaintiffs,

                         Case No. 05-C-1062

    vs.

NUNEZ HOME INTERIOR, LLC f/d/b/a NUNEZ
FLOORING, LLC,

        Defendant.

## ORDER FOR JUDGMENT AND INJUNCTIVE RELIEF

Motions for default judgment brought by the plaintiffs in the above-captioned action were submitted to the Court and subsequently filed with the Clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

1. Defendant Nunez Home Interior, LLC f/d/b/a Nunez Flooring, LLC, has failed to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

-1-

2. Defendant Nunez Home Interior, LLC f/d/b/a Nunez Flooring, LLC, violated the Labor Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the plaintiff Funds and by failing to submit to an audit of the company's books and records by the Plaintiff Funds' designated representative covering the period of March 1, 2004 to the present date.

**IT IS HEREBY ORDERED:**

(a) that the Clerk of Court is directed to enter judgment in favor of Plaintiffs Wisconsin Carpenters Pension Fund, Wisconsin Carpenters Health Fund, Greater Wisconsin Carpenters Vacation Fund, Northern Wisconsin Regional Council of Carpenters Apprenticeship & Journeyman Training Fund, Northern Wisconsin Regional Council of Carpenters Dues Fund, Labor Management Cooperation Trust Fund, Contract Administration Fund, and Brian Gentry, and against Defendant Nunez Home Interior, LLC f/d/b/a Nunez Flooring, LLC;

(b) that the Defendant Nunez Home Interior, LLC f/d/b/a Nunez Flooring, LLC, is to submit within ten (10) days of the date of this Order to an audit of the company's books and records by the Plaintiff Fund's designated representative covering the period of March 1, 2004 to the present date; and

-2-

(c) that the results of said audit shall be submitted to the court within ten (10) days of the completion of the audit, and the Clerk of Court shall amend the judgment in favor of the Plaintiff Funds to include all contributions, interest and liquidated damages due the Plaintiff Fund as reported by the auditor, along with Plaintiffs' costs and attorney fees.

Dated this 10th day of January, 2006.

BY THE COURT

s/ William C. Griesbach
U.S. DISTRICT JUDGE