# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

---

WISCONSIN CARPENTERS PENSION FUND,
WISCONSIN CARPENTERS HEALTH FUND,
GREATER WISCONSIN CARPENTERS
VACATION FUND, NORTHERN WISCONSIN
REGIONAL COUNCIL OF CARPENTERS
APPRENTICESHIP & JOURNEYMAN TRAINING
FUND, NORTHERN WISCONSIN REGIONAL
COUNCIL OF CARPENTERS DUES FUND,
LABOR MANAGEMENT COOPERATION TRUST FUND,
CONTRACT ADMINISTRATION FUND, and
BRIAN GENTRY,

       **Plaintiffs,**

Case No. 05-C-1062

  vs.

**NUNEZ HOME INTERIOR, LLC f/d/b/a NUNEZ
FLOORING, LLC,**

       **Defendant.**

---

## ORDER

---

      Upon Plaintiff Fund's motion, their accompanying Affidavit, and upon the files, records and proceedings herein, heretofore had, in the above-entitled action:

      **IT IS HEREBY ORDERED** that the above-named defendant, Nunez Home Interior, LLC f/d/b/a Nunez Flooring, LLC, and its president, J. Bernabe Nunez, be and hereby are required to appear in person before the Honorable William C. Griesbach, District Judge for the United States District Court for the Eastern District of Wisconsin, 125 S. Jefferson Street, Green Bay, Wisconsin, on the 15th day of March, 2006, at 11:00 a.m., to show cause, if any they have, why they should not

be adjudged in and punished for contempt of court for willfully disobeying this Court's injunction order to submit to an audit of the company's books and records by the plaintiff Fund's auditors covering the period March 1, 2004 to the present.

Dated this 8th day of February, 2006.

BY THE COURT

s/William C. Griesbach
William C. Griesbach
District Judge